# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WAYNE HARTUNG,** )<br>    **Plaintiff,** )<br> )<br>v. )<br> )<br>**OCWEN LOAN SERVICING, LLC,** *et al.***,** )<br>    **Defendants.** ) | **CIVIL ACTION 18-00543-KD-M** |

## ORDER

This matter is before the Court on notice of settlement of Plaintiff's claims against the remaining Defendants Ocwen Loan Servicing, LLC, Federal National Mortgage Association, and PHH Mortgage Corporation.

Accordingly, it is **ORDERED** that Defendants Ocwen Loan Servicing, LLC, Federal National Mortgage Association, and PHH Mortgage Corporation are **DISMISSED with prejudice** from this action subject to the right of these Defendants or Plaintiff to reinstate the claims within 60 days of the date of this Order, should their settlement agreement not be consummated.

Plaintiff and Defendants Ocwen Loan Servicing, LLC, Federal National Mortgage Association, and PHH Mortgage Corporation, shall bear his or its own costs, expenses and attorneys' fees in accordance with the terms of their settlement agreement.

**DONE** and **ORDERED** this the **4th** day of **September 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**